THE STATE OF OHIO, APPELLEE, *v.* COLSTON, APPELLANT.

[Cite as *State v. Colston,* 111 Ohio St.3d 266, 2006-Ohio-5703.]

(No. 2006–0272—Submitted September 20, 2006—Decided November 15, 2006.)

{¶ 1} The certified question is answered in the affirmative and the judgment of the court of appeals is affirmed on the authority of *State v. Buehner,* 110 Ohio St.3d 403, 2006-Ohio-4707, 853 N.E.2d 1162.

MOYER, C.J., RESNICK, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

PFEIFER, J., dissents for the reasons he dissented in *State v. Buehner,* 110 Ohio St.3d 403, 2006-Ohio-4707, 853 N.E.2d 1162.

Law Firm of Curt C. Hartman and Curt C. Hartman, for appellant.